IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–55–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOEY LEE FORWARD, | |
| Defendant. | |

Before the Court is Defendant Joey Lee Forward's Unopposed Motion to File Twelve Character Letters. (Doc. 80.) For good cause appearing,

IT IS ORDERED that the motion is GRANTED. Defendant may file up to twelve character letters for sentencing purposes.

DATED this 4th day of November, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1